UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BENJAMIN LEWIS III,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVE QUEZADA, et al.,<br><br>    Defendant(s). | No. CV 10-3953-RGK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered dismissing the Complaint without prejudice for failure to exhaust administrative remedies.

DATED: February 3, 2012

                                                    R. GARY KLAUSNER<br>                                        UNITED STATES DISTRICT JUDGE