UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BENJAMIN LEWIS III, | No. CV 10-3953-RGK (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| STEVE QUEZADA, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Plaintiff's Complaint is dismissed without prejudice for failure to exhaust administrative remedies.

DATED: February 3, 2012

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE